IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    06-cv-01030-AP

TAMMY L. EVANS,

    Plaintiff,

v.

JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY

    Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
Frederick W. Newall, Esq.
730 N. Weber, #101
Colorado Springs, Colorado 80903
(719) 633-5211
(719) 635-6503 (Facsimile)
Newallfrederickw@qwest.net

<u>For Defendant</u>:
Teresa H. Abbott
Special Assistant United States Attorney

*Mailing Address:*
*1961 Stout Street, Suite 1001A*
*Denver, Colorado  80294*

*Street Address:*
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100
(303) 454-0404 (facsimile)

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

    A.    **Date Complaint Was Filed:**    May 31, 2006

    B.    **Date Complaint Was Served on U.S. Attorney's Office:**  June 5, 2006

    C.    **Date Answer and Administrative Record Were Filed**:  August 1, 2006

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties state that the record is complete.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties state that there is no additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties state that this case raises no unusual claims or defenses.

## 7. OTHER MATTERS

None.

## 8. PROPOSED BRIEFING SCHEDULE

    A.    **Plaintiff's Opening Brief Due:**  October 5, 2006

    B.    **Defendant's Response Brief Due:**  November 6, 2006

    C.    **Plaintiff's Reply Brief (If Any) Due:**  November 20, 2006

## 9. STATEMENTS REGARDING ORAL ARGUMENT

    A.    **Plaintiff's Statement:**  Plaintiff does not request oral argument**.**

    B.    **Defendant's Statement:**  Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice.*

    A.    **(  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    **(X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 17th day of August, 2006.

BY THE COURT:

S/John L. Kane
U.S. DISTRICT COURT JUDGE

APPROVED:

s/   Frederick W. Newall
Frederick W. Newall, Esq.
730 N. Weber, #101
Colorado Springs, Colorado 80903
(719) 633-5211
(719) 635-6503 (Facsimile)
newallfrederickw@qwest.net

Attorney for Plaintiff

WILLIAM J. LEONE
UNITED STATES ATTORNEY

s/Kurt J. Bohn
KURT J. BOHN

Assistant U.S. Attorney
1225 Seventeenth Street, Suite 700
17th Street Plaza
Denver, Colorado 80202
Telephone: (303) 454-0100
kurt.bohn@usdoj.gov

s/Teresa H. Abbott
By: Teresa H. Abbott
Special Assistant U.S. Attorney
teresa.abbott@ssa.gov

*Mailing Address:*
1961 Stout St., Suite 1001A
Denver, Colorado  80294

*Street Address:*
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 454-0100

Attorney for Defendant(s)