IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **06-cv-1030-AP**

**TAMMY L. EVANS,**

   Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

   Defendant.

---

## ORDER

---

Kane, J.

  This matter is before the Court on Defendant's Unopposed Motion to Remand (doc. #15), filed December 6, 2006.  This Court has reviewed the file and considered the motion.  It is hereby

  **ORDERED** that the motion is **GRANTED**.  This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Plaintiff's Motion to Change Administrative Law Judge Upon Remand (doc. #15), filed December 6, 2006, is also GRANTED.  This matter shall be assigned to a different Administrative Law Judge upon remand.

  Dated:  December 7, 2006

              BY THE COURT:

              *S/John L. Kane*
              JOHN L. KANE, SENIOR JUDGE
              UNITED STATES DISTRICT COURT