UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. **06-cv-01030-JLK**

**TAMMY L. EVANS,**

        Plaintiff,

v.

**JO ANNE B. BARNHART,**
**Commissioner of Social Security,**

        Defendant.

## ORDER FOR EAJA ATTORNEY FEES

The Stipulated Motion for Attorney Fees Under EAJA (doc. #18), filed February 7, is **GRANTED**. It is

**ORDERED** that the Defendant pay to Plaintiff, attorney fees under EAJA in the amount of $3,320.00 to the Plaintiff's attorney in care of the Plaintiff.

DATED at Denver, Colorado, this 7th day of February, 2007.

BY THE COURT:

*S/John L. Kane*
THE HONORABLE JOHN L. KANE
United States District Court Judge